PROB 12C
(7/93)

USPO KOURY

# United States District Court

## for the

## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Alberto Rose**              Case Number **99-CR-868**

Name of Sentencing Judicial Officer: **The Honorable Allyne R. Ross, U.S. District Judge**

Date of Original Sentence: **October 2, 2000**

Original Offense: **Convicted Felon in Possession of a Firearm, 18 U.S.C. 92(g)(1), a Class C Felony**

Original Sentence: **Twenty-one months Custody; Three years Supervised Release**

Type of Supervision: **Supervised Release**              Date Supervision Commenced: **March 25, 2004**

Assistant U.S. Attorney: **Christina B. Dugger, Esq.**              Defense Attorney: **Michael K. Schneider, Esq.**

================================================================

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Unlawful use of a controlled substance |
| 2. | New criminal offense |
| 3. | Association with persons engaged in criminal activity and convicted of a felony |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

    ☒ Revoked

    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*[signature]*

Richard S. Koury
U.S. Probation Officer
Date: April 4, 2005

Approved by:

*[signature]*

Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: April 11, 2005

THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant.

☑ The Issuance of a Summons.

☐ Other

*Signed by I.B. Ross on 4/12/05*